Nov 8th 2023

(Hand Copied)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

P-23-CV-0004

Your Honor, My Name Is STEPHEN LEE MOORE. Currently I Am Being Held In The West Tx Detention Facility In Sierra Blanca TX, 79851. This Petition/Request For FINANCIAL RELIEF For The Reasons Hence Forth: As ①Medical STAFF, ②Medical Records, ③Grievances, ④Responce To Said Grievances, ⑤Sonograms, ⑥ Facility STAFF, As well as ⑦ Other Inmates That was Housed Next To And present, Will Both Testify & Are Witness To:

In, About, or Around, The middle of May 2023, I Recieved A Hurnia/Hemorage, while playing Handball. In Late June or Early July, I Had The Officer In The Dorm, push the button For me To Recieve Medical Att. This was Due to the Extreme Amount of Pain I was in. They Didnt show up until The Next Shift, The Next Day. I made situation Known in A Grievance. In Responce To Said Grievance, Medical STAFF STATED They Are Still waiting On The Marshals, To Approve Surgary, For This Potentvially Life Threatening Injury I recieved in Their Custody. It Is The 2nd week of November, & I Have yet To be treated properly. 6½ Almost 7, months is unacceptable by Any Standard. Please Review Time, Date, witnesses, As well as The Grievance Filed.

① I have Suffered medical Neglect
② I have Suffered Cruel & unusual punishment, Because that is What it is to keep Another person In Intentional pain
③ I have been Forced to Endure Pain & Suffering
④ My Complaints are Against BOTH The West Texas Detention Facility, as well as The Marshals Since They were Notified 6/20/202_

Thank you For your Time & Consideration In These matters.

Respectfully,
STEPHEN MOORE

Facility # 9978450
USMC # S3469510

Honorable Judge,    (Hand Copied)    1/9/2024

Seeing as I have wrote previously, on or Around November 8th 2023, and have not Recieved anything back, I am Now writting Again, with The hopes of 2 Consequences: ① I want to persue legal Action (A Law Suit) For the various Reasoning hence Forth. ② An Investigation For All Grievances Mine as well as others, So Justice may take place here at The West TX Detention Facility. There is Corruption, Medicle Neglect, Poor Feeding, Abuse of Authority, organized Crime, Tampering with Evidence, Along with other issues.

In May or June 2023 I recieved a hurnia/Hemorage. I have been kept in a perpetual state of pain For Almost 6 months. They have been keeping me on minimal pain Meds which are Causing Further harm to my already Damaged Kidneys. The Hemorage/Hurnia is getting worse due to lack of proper Treatment. Hurnias extend & retract and are Not Out Causing Pain 100% of the time, yet having one limits my abilities. This Is a potentually Life threatening issue, which according to responce To Grievances on June or July 20th The Federal Marshals were Notified, making both the marshals & This Facility Equal in Medicle Neglect.

Over ½ of a year is More then Enough Time to have This issue Fixed. This shows: a) Dilliberate Indifference To my Medicle Needs, B) Medicle Niglect, C) Intentional Cruel & Unusual Punishment.

Please Document This letter (copy) and a copy of the Previous, which I am sending another, in and with The County Clerk and set a Date For a law suit please. I'm sorry To Bother you, yet I whole heartedly appreciate your Time & Consideration in This matter. As well as your pursuit of Justice For the American People.

Respectfully STEPHEN Moore

S. Moore USMC #24859
POB Box 430
Sierra Blanca TX 79851
West TX Detention Facility

County Clerk 3
Honorable Judge
4010 Cedar St
Pecos TX 79772

Legal Mail

RIO GRANDE DISTRICT
16 JAN 2024 PM 2

SCREENED
JAN 19

RECEIVED
JAN 1 9 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**Detainee Correspondence**
**WEST TEXAS DETENTION FACILITY**